USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12-13-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
UNITED STATES OF AMERICA          :
                                  :    **PROTECTIVE ORDER ON CONSENT**
                                  :
              -v-                 :    11 Mag. 3037 (GAY)
                                  :
ADEM ARICI and                    :
MARC E. VERZANI,                  :
                                  :
              Defendants.         :
                                  :
---------------------------------- x

       Upon consideration of the application of the United States Attorney for the Southern District of New York and the defendant MARC E. VERZANI ("VERZANI") for the entry of a Protective Order on Consent, and for good cause shown,

IT IS HEREBY ORDERED THAT:

       1.   Documents and tape recordings provided by the Government to the defendant VERZANI in this action for the purpose of providing pre-indictment discovery are deemed confidential ("Confidential Information"). Confidential Information disclosed to VERZANI's counsel of record in this action:

          A.   Shall be used by VERZANI and his counsel of record in this action solely for purposes of this criminal action; and

          B.   Shall be reviewed by VERZANI only in his counsel of record's office and shall not be copied or reproduced; and

          C.   Shall not be disclosed by either VERZANI or his counsel of record in this action to any third party without the express written consent of the Government;

2.  Neither VERZANI nor his counsel of record in this action will attach any documents or information produced pursuant to this Order to any public filings with the Court or publicly disclose any such documents, or their contents in any other manner, without prior written consent of the Government.

3.  VERZANI agrees that he has no ownership or proprietary interest in the materials subject to this Protective Order. VERZANI further agrees that all such materials are to be returned to the Government at such time as they are no longer needed in this action, at the end of the criminal proceeding, or upon Order of the Court, whichever occurs first.

Dated:   White Plains, New York
         December  , 2011

Accepted and Acknowledged:

                UNITED STATES ATTORNEY
                SOUTHERN DISTRICT OF NEW YORK
                PREET BHARARA

By:  Cynthia K. Dunne
     Perry A. Carbone
     Assistant United States Attorneys

_____   12/9/11
Defendant Marc E. Verzani

Patricia Pileggi, Esq.
(Counsel for Marc E. Verzani)

SO ORDERED:

HONORABLE GEORGE A. YANTHIS     12/12/11
UNITED STATES MAGISTRATE JUDGE