

**SCHIFFHARDIN**LLP

666 Fifth Avenue, 17th Floor
New York, New York 10103
t 212.753.5000
f 212.753.5044
www.schiffhardin.com

Patricia A. Pileggi
212-745-0839
ppileggi@schiffhardin.com

December 19, 2011

Honorable George A. Yanthis
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, new York  10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-20-11

Re:   United States v. Verzani, 11 Mag. 3037 (GAY)

Dear Judge Yanthis:

      Marc Verzani respectfully submits this letter to request permission to travel by car to Vermont on Wednesday, December 21, 2011, returning on December 26, 2011, with his wife and children. We have provided the address where Mr. Verzani's family will be staying to Assistant U.S. Attorneys Perry Carbone and Cynthia Dunne. Assistant U.S. Attorneys Carbone and Dunne have consented to this request.

Respectfully submitted,

Patricia A. Pileggi

PAP:ad
cc:   Cynthia K. Dunne
      Perry Carbone
      Assistant U.S. Attorneys

12/20/11

**APPLICATION GRANTED**
**SO ORDERED:**
**GEORGE A. YANTHIS, USMJ**